In The United States District Court For The District of Maryland

United States of America
V.                                Criminal No. ABA-25-0352
David Turner

Motion To Suppress All Evidence Produced/Handled by The Maryland States Attorney's Office (MSAO)

In the state case for the same accusations MSAO made an initial discovery delivery March 2025. All exculpatory evidence, ~~and~~ lab findings, and custody records ~~of it~~ for my children were not included. After demanding discovery 6 times MSAO furnished the remaining discovery 6 months later on 9/17/25. The remaining discovery contained documents MSAO had prior to March 2025 dating back to August 2025. MSAO deliberately kept the documents/evidence to stop them from being used in court proceedings to delay my defense as not allowed by 18 USCS 1623(a). MSAO took my discovery back on 11/14/25 despite knowing I had a federal case for the same accusations, deliberately making the documents unavailable for court in violation of 18 USCS 1623(a) again.

Due to MSAO's habitual unlawful concealment of evidence, any information provided through MSAO cannot be assumed to be complete, any information

1 of 2

from the know bad source is not allowed in court by law.

<u>Certificate of Service</u>

I hereby certify that a copy of this document was mailed to or hand delivered to the government's attorney on _____Dec 17th 2025_____

*[signature]*

David Turner 4458000
401 E Madison St
Baltimore MD 21202

David Turner ~~legalmail~~ 445800 legalmail@gmail.com

In The United States District Court For The District of Maryland

United States of America
V.                                     Criminal No. ABA-25-0325
David Turner

## ORDER

After consideration of the pro se motion to suppress evidence from the Maryland State's Attorney's Office I find MSAO to be an unlawful source of evidence in this matter due to unlawful conduct and grant the defendant the follow relief.

ORERED All evidence by or through MSAO be suppressed in this matter.

_____
Signature of Judge